**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: May 3, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 09-cv-00360-RPM

PATRICK O'DONOVAN,                                                            Mary Ewing

     Plaintiff,

v.

JOHN HOWE,                                                                     Stephen M. Johnson
HEATHER HOWE and
CAPITOL PEAK OUTFITTERS, INC.,

     Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**2:00 p.m.       Court in session.**

Court's preliminary remarks and states its summary of the case facts.

2:04 p.m.       Argument by Mr. Johnson.

2:10 p.m.       Argument by Ms. Ewing.

Ms. Ewing states plaintiff has no objection to the voluntary dismissal of defendant Heather Howe.

2:26 p.m.       Rebuttal argument by Mr. Johnson.

**ORDERED:** Defendants' Motion for Summary Judgment, filed February 26, 2010 [13], is denied as to the corporate defendant and granted with respect to the individual defendants. Defendants John Howe and Heather Howe are dismissed.

Discussion regarding scheduling.

**ORDERED:** Pretrial conference scheduled June 11, 2010 at 3:00 p.m.

**2:41 p.m. Court in recess.**   Hearing concluded.  Total time: 41 min.