IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00360-RPM

PATRICK O'DONOVAN,

    Plaintiff,

v.

CAPITOL PEAK OUTFITTERS, INC.,

    Defendant.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the pretrial conference on June 11, 2010, it is

ORDERED that this matter is set for trial to jury on **January 18, 2011, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: June 11th, 2010

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge