IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00360-RPM-MJW

PATRICK O'DONOVAN,

Plaintiff(s),

v.

CAPITOL PEAK OUTFITTERS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion to Attend Settlement Conference by Telephone (docket no. 28) is DENIED WITHOUT PREJUDICE. The subject motion does not contain an averment that Defendant has conferred with Plaintiff regarding this motion as required under D.C.COLO.LCivR 7.1 A.

Date: July 06, 2010