UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00360-RPM-MJW

PATRICK O'DONOVAN,

        Plaintiff,

v.

CAPITOL PEAK OUTFITTERS, INC.,

        Defendant.

---

## ORDER RE: DEFENDANT'S AMENDED MOTION TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE
( Docket No. 31 )

---

THIS MATTER comes before the Court on Defendant's Amended Motion to Attend Settlement Conference by Telephone and the Court, having reviewed said Motion and being fully informed on the matter,

ORDERS THAT Defendant's Amended Motion to Attend Settlement Conference by Telephone is hereby GRANTED and Defendant's insurance company's adjustor, Mr. Joe Hayden, shall be allowed to attend by telephone the settlement conference scheduled in this matter for Monday, July 12, 2010 at 3:00 p.m.

DATED ~~SO ORDERED~~ this 6th day of July, 2010

BY THE COURT:

Magistrate Judge, Michael J. Watanabe