# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00360-RPM

PATRICK O'DONOVAN,

    Plaintiff,

v.

CAPITOL PEAK OUTFITTERS, INC.,

    Defendant.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

Pursuant to the Stipulation for Dismissal with Prejudice [35] filed jointly by Plaintiff and Defendant on July 20, 2010, it is

ORDERED that the above-referenced action is dismissed, with prejudice, each party to bear their own costs, expenses and attorney fees.

DATED this 21st day of July, 2010.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge